IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:06 CV 103**

| | | |
|---|---|---|
| PEGGY BARNETT, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social | ) | |
| Security Administration, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on its own motion following notification by the Clerk's office that through no fault of the Plaintiff, the Summons has not been issued.

**NOW, THEREFORE, IT IS ORDERED:**

1. The time for service of process is extended 120 days from this date.

2. The Clerk is directed to prepare the Summons and deliver it along with a copy of the Complaint to the United States Marshal for service at government expense.

3. The Clerk is directed to send copies of this Order to counsel for the parties.

**SO ORDERED.**

Signed: September 15, 2006

Graham C. Mullen
United States District Judge