# United States District Court
## For The Western District of North Carolina
### Charlotte Division

Peggy Barnett,

               Plaintiff(s),                     JUDGMENT IN A CIVIL CASE

vs.                                  3:06-cv-103

Jo Anne B. Barnhart,,

               Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 20, 2006 Order.

Signed: November 20, 2006

*Frank G. John*

Frank G. Johns, Clerk
United States District Court